UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| ROBERT GUTIERREZ,<br><br>                    Petitioner,<br><br>     v.<br><br>F. FOULK,<br><br>                    Respondent. | ) CV 13-5636-DDP (SH)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to the Order of the court accepting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED:  September 11, 2014 

    DEAN D. PREGERSON
    UNITED STATES DISTRICT JUDGE

1